UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COREY D. YOUNG,

                Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS,

                Defendants.

Case No. C18-5681-RBL-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and the objections to the report and recommendation and the remaining record, does hereby find and ORDER:

(1)   the Court adopts the Report and Recommendation;

(2)   plaintiff's motion to remand [Dkt. 7] is DENIED.

(3)   The Clerk is directed to send copies of this Order to plaintiff, to Magistrate Judge Fricke, and to any other party that has appeared in this action.

IT IS SO ORDERED.

    Dated this 14th day of March, 2019.

                                                Ronald B. Leighton
                                                United States District Judge